IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES J. WINTERS, ADC #98581;
MARK A. STIVERS, ADC #650334; and
CHRISTOPHER ALAN FUNDERBURG                                        PLAINTIFFS

v.                         No. 5:15-cv-317-DPM-BD

GERALD ROBINSON, Sheriff, Jefferson County;
TYLER, Major/Coordinator, Dub Brassell Detention
Center; GREG BOWLIN, Chief/Administrator, Dub
Brassell Detention Center; and EDWARDS ADAMS,
Captain/Chief of Security, Dub Brassell Detention
Center                                                             DEFENDANTS

ORDER

Unopposed partial recommendation, № 20, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Stivers's and Funderburg's claims are dismissed without prejudice. An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 December 2015