IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES J. WINTERS
ADC #98581                                                        PLAINTIFF

v.                          No. 5:15-cv-317-DPM

GERALD ROBINSON, Sheriff, Jefferson County;
TYLER, Major/Coordinator, Dub Brassell Detention
Center; GREG BOWLIN, Chief/Administrator, Dub
Brassell Detention Center; and EDWARDS ADAMS,
Captain/Chief of Security, Dub Brassell Detention
Center                                                            DEFENDANTS

ORDER

Unopposed recommendation, № 39, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, №36, granted. Winters's claims will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 July 2016