IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES J. WINTERS, ADC #98581;
MARK A. STIVERS, ADC #650334; and
CHRISTOPHER ALAN FUNDERBURG                                    PLAINTIFFS

v.                              No. 5:15-cv-317-DPM

GERALD ROBINSON, Sheriff, Jefferson County;
TYLER, Major/Coordinator, Dub Brassell Detention
Center; GREG BOWLIN, Chief/Administrator, Dub
Brassell Detention Center; and EDWARDS ADAMS,
Captain/Chief of Security, Dub Brassell Detention
Center                                                          DEFENDANTS

## JUDGMENT

1. Stivers's and Funderburg's claims are dismissed without prejudice.

2. Winters's claims are dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

11 July 2016